1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**GERALD L. TUCKER,**

Petitioner,

12

13                    **v.**

14

15

**DANIEL PARAMO, Warden,**

16

Respondent.

Case No. 1:14-cv-001597 LJO MJS (HC)

**ORDER DENYING MOTIONS AS MOOT**

**[Docs. 5-6, 11, 14-15]**

17

18        Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas

19 corpus under 28 U.S.C. § 2254 on October 14, 2014. The Court dismissed the petition

20 as successive on December 12, 2014. 28 U.S.C. § 2244(b).

21        Petitioner has filed several motions including a motion for DNA testing, a motion

22 to vacate his sentence, and a motion for return of restitution funds. (See ECF Nos. 11,

23 14-15.) As the case is closed, Petitioner is not entitled to relief in it. All pending motions

24 are moot and denied for that reason.

25

26 IT IS SO ORDERED.

27

        Dated:   December 24, 2014          /s/ *Michael J. Seng*

28

UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28